THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE M. HOBLITZELL, Defendant, and NATIONAL SURETY COMPANY, Appellant.

CHARLES W. BERRY, as Comptroller of the City of New York, Respondent.

*Bail — forfeiture of bail before enactment of statute providing application for remission of forfeiture must be made within one year — discretion of court to grant relief not cut off by amendment.*

*People* v. *Hoblitzell*, 219 App. Div. 821, reversed.

(Argued October 6, 1927; decided October 25, 1927.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 25, 1927, which affirmed an order of Special Term denying a motion for remission of a

forfeiture of bail. Appellant executed its bail bond October 27, 1922, for the appearance of defendant Hoblitzell to answer a charge of grand larceny. Hoblitzell having failed to appear for trial, the bond was forfeited April 9, 1923. Appellant thereafter located Hoblitzell and procured his return to this State where he was arraigned and pleaded guilty to grand larceny in the second degree.

*Harry J. Robinson* for appellant.

*Joab H. Banton, District Attorney (William B. Moore* of counsel), for plaintiff, respondent.

*George P. Nicholson, Corporation Counsel (Henry J. Shields, J. Joseph Lilly* and *George H. Cowie* of counsel), for defendant, respondent.

Order of Appellate Division and that of Special Term reversed and motion granted, without costs, on authority of *People* v. *Cohen* (245 N. Y. 419); no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, KELLOGG and O'BRIEN, JJ. Not sitting: LEHMAN, J.